**Leo J. CARRIGAN, Administrator of the ESTATE of. Daniel T. CROWLEY, Deceased, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 7177.

Circuit Court of Appeals, Sixth Circuit.

April 9, 1937.

Raymond H. Berry, Ralph W. Barbier, and Arthur L. Evely, all of Detroit, Mich., for petitioner.

James W. Morris and Sewall Key, both of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of record from the United States Board of Tax Appeals, and, upon stipulation of counsel filed in the case of Jennie E. Crowley v. Commissioner of Internal Revenue, 89 F.(2d) 715, it is now here ordered, adjudged, and decreed by this court that the order or decree of the said United States Board of Tax Appeals in this cause be, and the same is hereby, affirmed.